DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:04CR00477 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Demetrius Shannon | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

      A hearing was conducted on December 7, 2010, regarding a violation report submitted by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Demetrius Shannon and his counsel, James Gentile appeared. A report and recommendation was filed on November 24, 2010 (see docket # 39). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

    IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of four (4) months with credit for the time served in custody since November 17, 2010.

(1:04CR00477)

IT IS FURTHER ORDERED that upon release from confinement the period of supervised release will continue. All conditions of supervised release previously imposed will continue with the additional condition that upon release from confinement the defendant is to participate in a 30 day residential treatment program at the direction of the Probation Department.

| | |
|---|---|
| December 7, 2010 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |