DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:04CR477 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Demetrius Shannon | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, James Gentile appeared before this Court on August 18, 2011. A report and recommendation was filed on August 3, 2011. (See docket #49). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of 24 months with credit for time served in federal custody, with the sentence to run consecutive with the state sentence the defendant is currently serving. Upon release from confinement the term of supervised release will terminate.

IT IS SO ORDERED.

| | |
|---|---|
| August 23, 2011 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |